Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | No. 3:12-00106 |
| | ) | MAGISTRATE JUDGE GRIFFIN |
| PRINCHE BYNUM | ) | |

## MOTION TO RETURN TO STATE CUSTODY

Prinche Bynum, through undersigned counsel, respectfully moves this Honorable Court for an order directing the United States Marshals to immediately return Mr. Bynum to state custody. Mr. Bynum has executed a Waiver of his Rights under the Interstate Agreement on Detainers and that waiver is filed contemporaneously with this motion.

Mr. Bynum requests that he be sent back to state custody in order to receive additional program credits which will reduce the time that he has to serve to satisfy the sentence. He must be in a state correctional facility in order to earn these program credits.

Assistant United States Attorney Scarlett M. Singleton has authorized undersigned counsel to state that she has no objection to this motion.

WHEREFORE, Mr. Bynum respectfully requests that this Court issue an order returning him to state custody.

Respectfully submitted,

s/ *Mariah A. Wooten*
Mariah A. Wooten (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: mariah_wooten@fd.org

Attorney for Prinche Bynum

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2012, I electronically filed the foregoing Motion to Return to State Custody with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Scarlett M. Singleton, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203

s/ *Mariah A. Wooten*
Mariah A. Wooten