## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00106 |
| | ) | Judge Trauger |
| PRINCHE BYNUM | ) | |
| | ) | |

### O R D E R

The defendant's Motion For An Order Requiring The Filing of Pretrial Motions (Docket No. 18) is **GRANTED**. It is hereby **ORDERED** that all pretrial motions shall be filed by November 1, 2012.

It is so **ORDERED**.

ENTER this 11th day of October 2012.

_____
ALETA A. TRAUGER
U.S. District Judge