IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00106 |
| | ) | Judge Trauger |
| PRINCHE BYNUM | ) | |
| | ) | |

**O R D E R**

The defendant's Motion to Continue Trial And Suppression Hearing (Docket No. 27) is **GRANTED**. By separate order, this trial will be reset for February 5, 2013.

The government's Second Motion For Extension of Time to Respond to Defendant's Motion to Suppress (Docket No. 29) is likewise **GRANTED**. It is hereby **ORDERED** that the hearing on the Motion to Suppress is **RESET** for Monday, January 28, 2013, at 9:00 a.m. The government shall file its response to the pending Motion to Suppress by January 22, 2013.

It is so **ORDERED**.

ENTER this 15th day of November 2012.

						_____
						ALETA A. TRAUGER
						U.S. District Judge