**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00106 |
| | ) | Judge Trauger |
| PRINCHE BYNUM | ) | |
| | ) | |

**O R D E R**

It is hereby **ORDERED** that this case is set for a change of plea hearing on Tuesday, February 5, 2013, at 10:00 a.m.

It is so **ORDERED**.

ENTER this 30th day of January 2013.

_____
ALETA A. TRAUGER
U.S. District Judge